

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-121-RGJ**

Assigned : Judge Rebecca Grady Jennings
Judge Code : A961

Assigned on 10/4/2022 1:26:49 PM
Transaction ID: 70004

[Request New Judge]  [Return]