UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA																									PLAINTIFF

v.																Criminal Action No.: 3:22 CR-121-RGJ

KELVIN R. PORTWOOD																									DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Joshua Judd hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

FILED
JAMES J. VILT, JR. - CLERK
OCT - 4 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

_____
Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911