### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**VS.**                                            **CRIMINAL ACTION NO. 3:22-CR-121-RGJ**

**KELVIN R. PORTWOOD**                                                    **DEFENDANT**

## O R D E R

    This matter came before the Court, by video, on October 4, 2022 for arraignment proceedings and a detention hearing. The United States was represented by Joshua D. Judd, Assistant United States Attorney. The defendant, Kelvin R. Portwood, appeared in custody. The proceedings were digitally recorded.

    To allow the defendant additional time to retain counsel,

    **IT IS HEREBY ORDERED** that this matter is **CONTINUED** to **October 5, 2022 at 2:15 p.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

    **IT IS FURTHER ORDERED** that the defendant shall be remanded to the custody of the United States Marshal pending further order of the Court.

       Date: October 4, 2022          **ENTERED BY ORDER OF THE COURT**
                                      **REGINA S. EDWARDS**
                                      **UNITED STATES MAGISTRATE JUDGE**
                                      **JAMES J. VILT, JR., CLERK**
                                  **By:**     */s/ Ashley Henry*
                                        **Deputy Clerk**

Copies to:
United States Attorney
United States Probation
Counsel for Defendant

0 | 10