UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                             PLAINTIFF

v.                                               CRIMINAL ACTION NO. 3:22CR00121-1-RGJ

KELVIN R. PORTWOOD                                                                   DEFENDANT

**UNITED STATES SENTENCING MEMORANDUM**

The United States files this sentencing memorandum for the defendant Kelvin R. Portwood's sentencing set for March 21, 2023. Portwood assaulted to Transportation Security Agency Officers in violation of 18 U.S.C. 111(a)(1) at the Louisville International Airport. He has been detained since his federal arrest on October 3, 2022.

**A. OFFENSE CONDUCT**

The United State agrees with the offense conduct in the PSR.

**B. GUIDELINES AND CRIMINAL HISTORY**

The guidelines are correctly calculated in PSR. Portwood is an offense level 13 and criminal history category of I. His guideline range is 12 to 18 months in Zone C. The plea agreement incorrectly calculated the guidelines and did not apply grouping rules. The plea calculated the low-end guideline at 11 with a range of 8-14 months. Consistent with the plea agreement, the United States will ask for 8 months incarceration, a low end fine, supervised release for three years with mental health special conditions. Nevertheless, the Court has options to achieve a guideline sentence in Zone C with a (1) a sentence of imprisonment; or (2) a sentence of imprisonment that includes a term of supervised release with a condition that

substitutes community confinement or home detention according to the schedule in subsection (3), provided a least one-half of the minimum term is satisfied by imprisonment.

### C. SENTENCING FACTORS UNDER 18 U.S.C. SECTION 3553(a).

Portwood punched and shoved one TSA officer. He kicked another while having a tirade near the exit to the secured area of the airport. He pleaded guilty and accepted responsibility. Portwoods sentenced should reflect that misconduct and assault against government employees, including airport employees, will be taken seriously, and sentenced seriously. A sentence according to the plea agreement accomplishes that objective. Portwood has been incarcerated since October 2022 and should continue to be incarcerated until he serves 8 months to reflect the seriousness of his offense, promote respect for the law, deter others who may assault federal TSA officers, and protect the public from the defendant.

Title 18, United States Code, section 3553(a) guides the Court regarding factors to consider when imposing a sentence. That section directs courts to consider the following:

> (1) the nature and circumstances of the offense and the history and characteristics of the defendant;
> (2) the need for the sentence imposed--
> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
> (B) to afford adequate deterrence to criminal conduct;
> (C) to protect the public from further crimes of the defendant; and
> (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;
> (3) the kinds of sentences available;
> (4) the kinds of sentence and the sentencing range established for--
> (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines. . .
> (5) any pertinent policy statement--. . .
> (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

The sentence imposed in this action should be substantial to adequately reflect the seriousness of the offenses, promote respect for the law, provide just punishment for the offenses, deter further criminal conduct, protect the public from further crimes of the defendant, and provide Portwood with needed correctional treatment.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

 s/Joshua Judd_____
Joshua Judd
Chris Tieke
Assistant U.S. Attorneys
717 West Broadway
Louisville, Kentucky  40202
PH: (502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the counsel for defendants.

s/Joshua Judd_____
Joshua Judd
Assistant U.S. Attorney